# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 730 |
| | : | |
| ORDER AMENDING RULES | : | SUPREME COURT RULES |
| 803.1 AND 804, AND | : | |
| APPROVING THE REVISION OF | : | DOCKET |
| THE COMMENT TO RULE 613 | : | |
| OF PENNSYLVANIA RULES OF | : | |
| EVIDENCE | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2017, upon the recommendation of the Committee on Rules of Evidence; the proposal having been published for public comment at 45 Pa.B. 6476 (November 7, 2015):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1)  Pennsylvania Rules of Evidence 803.1 and 804 are amended; and
2)  The Comment to Pennsylvania Rule of Evidence 613 is revised;

in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions to the rule are shown in bold and in brackets.